RECEIVED

APR 26 2012

TONY R. MOORE, CLERK
BY _____
     DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RICKEY MERGIST, ROBERT BROUSSARD, KEITH GEORGE, LEROY HENRY, JR., ALEXANDER LEVYA, CHAD PRADIA, AND TODD TRAHAN | CIVIL ACTION NO. 6:11-CV-01821 |
| VERSUS | JUDGE WALTER |
| MULTI-CHEM GROUP, L.L.C., JOHN GAUTHIER, AND CADE BOURQUE | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the action is REMANDED to the 16th Judicial District Court, Iberia Parish, Louisiana, consistent with the report and recommendation.

Shreveport, Louisiana, this 26 day of April, 2012.

Donald E. Walter
United States District Judge